AUSA KENNETH E. YEADON, (312) 353-5326

(REV.5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOHN BARNER

FILED
J:N 1-31-08
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE DENLOW

CRIMINAL COMPLAINT

CASE NUMBER: 08CR 0080

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  October 20, 2007  in  Lake  County, in the  Northern  District of  Illinois  defendant did,

travel in interstate commerce from the state of Tennessee, to the state of Illinois, for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f),

in violation of Title  18  United States Code, Section  2423(b) .

I further state that I am an  Inspector with the U.S. Postal Inspection Service  and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:  X  Yes  ___ No

_____
LARY S. MAXWELL, Complainant

Sworn to before me and subscribed in my presence,

January 31, 2008                         at    Chicago, Illinois
Date                                             City and State

U.S. Magistrate Judge Morton Denlow          _____
Name & Title of Judicial Officer              Signature of Judicial Officer

STATE OF ILLINOIS        )
                         ) ss
COUNTY OF COOK           )

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Lary S. Maxwell, being duly sworn, depose and state:

1. I am a United States Postal Inspector, and have been so employed since July of 1984. I am currently assigned to the Chicago Division of the United States Postal Inspection Service ("USPIS"). I am responsible for conducting investigations involving, among other things, child sexual exploitation in violation of Title 18, United States Code, Section 2423(b).

2. Since June 2002, I have been assigned to the Federal Child Exploitation Strike Force, a multi-jurisdictional, pro-active unit comprised of law enforcement officers from the Postal Inspection Service, Detectives from the Cook County Sheriff's Police Department, Youth Officers from the Chicago Police Department, and Investigators from the Cook County State's Attorney's Office. The purpose of the Strike Force is to identify and investigate the activities of persons suspected of sexually exploiting or sexually abusing children, oftentimes by the use of the United States Mails.

3. At several schools and seminars, including at the USPIS in Chicago, Illinois and the U.S. Postal Inspection Service's Computer Investigations Division, Washington, D.C., I have received training in the investigation of child pornography and child sexual exploitation, including specialized instruction on how to conduct investigations of child sexual exploitation and child pornography. As part of the training at these schools and seminars, I observed and reviewed videotapes, photographs, computer graphics and other media deemed to be child pornography.

4. As part of my work, I have conducted approximately 37 child sexual abuse and child sexual exploitation investigations. These matters include investigations involving persons suspected of traveling with the intent to engage in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b).

5. I am aware of the information set forth in this affidavit through investigation conducted by me personally, and investigation conducted by other members of the Federal Child Exploitation Strike Force, and other law enforcement officers.

## PURPOSE OF THE AFFIDAVIT

6. The U.S. Postal Inspection Service is conducting an investigation involving violations of Title 18, United States Code, Section 2423(b) (interstate travel with intent to engage in illicit sexual conduct) by JOHN BARNER.

7. I submit this affidavit in support of my belief that probable cause exists to charge BARNER with violations of 18 U.S.C. § 2423(b), as set forth in the attached criminal complaint. The information contained in this affidavit is provided for the limited purpose of establishing probable cause in support of the attached criminal complaint. This affidavit does not set forth each and every fact known to me concerning this investigation.

## STATUTE

8. Under Title 18, United States Code, Section 2423(b), a person who travels in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person shall be fined under this title or imprisoned not more than 30 years, or both.

9. Under 18 U.S.C. § 2423(f), "illicit sexual conduct" is defined as, among other things, a sexual act with a person under 18 years of age that would be a violation of chapter 109A, namely: whoever in the special maritime and territorial jurisdiction of the United States

knowingly engages in a sexual act with another person who has attained the age of 12 years but has not attained the age of 16 years and is at least four years younger than the person so engaging.

### INVESTIGATION OF JOHN BARNER

*Incident at Wood Oaks Park, Northbrook, Illinois*

10.    On October 20, 2007, at approximately 4:53 pm, the Northbrook, Illinois Police Department received a 911 complaint from a concerned citizen. The concerned citizen stated that while riding his bicycle through Wood Oaks Park in Northbrook, Illinois he observed a man who appeared to be over 50 years old engaged in possible inappropriate behavior with a girl who appeared to be in her early teens. The concerned citizen stated that he had seen the girl with her head down in the man's lap.

11.    Officer Ferguson and Sgt. Matheny of the Northbrook, Illinois Police Department responded to Wood Oaks Park. The police officers observed an older male identified as JOHN R. BARNER, age 52, seated on a bench in the park next to a minor female. In order to protect her identity, the 15 year old girl is referred to in this affidavit as FM, for female minor. The minor female was 15 years old and was born in May of 1992. Investigation has determined that BARNER was born in April of 1955.

12.    BARNER told the officers that he was at Wood Oaks Park to talk to FM about a missionary trip to Africa. BARNER related he was on a layover from a flight from Tennessee to Syracuse, New York, with a stop in Chicago. BARNER showed the officers his airline boarding pass. BARNER stated he had been at the park for approximately 45 minutes with FM, and that he and FM had talked the entire time about his missionary work around the world. The officers took digital pictures of BARNER. One of the pictures taken by the officers showed that

BARNER had a tattoo of an Egyptian Ankh on his arm.

13. The officers interviewed FM. FM stated approximately three months earlier she had started to talk to BARNER's son in a Yahoo! Internet chat room about a missionary trip to Africa. She further stated she had also talked to BARNER's son and BARNER by phone, and had discussed meeting BARNER on his layover stop in Chicago. FM stated that BARNER did not touch her inappropriately or make her uncomfortable during the approximately 45 minutes that they were in the park together.

*Interview of FM on October 24, 2007*

14. On October 24, 2007, Detective Daniel Strickland of the Northbrook Police Department interviewed FM. FM stated that in or around July 2007, she met BARNER online in a Yahoo! chat room called "Rock6." BARNER contacted her in the chat room using the Yahoo! ID "jbintn9." BARNER initiated the conversation by asking FM for her "a/s/l," which was a request for her age, sex and location. FM responded to BARNER that she was a 15 year old female from Illinois.

15. FM stated that for much of the time she believed that BARNER was a 17 year-old boy from Murfreesboro, Tennessee. FM stated the Internet chats began with them talking as friends, and then BARNER began to tell her how much he was in love with her. FM stated after approximately a month, BARNER admitted that he was not 17 years old, but was much older. BARNER sent FM an email apologizing for lying about his age.

16. FM told Detective Strickland that a little while after BARNER sent her the apology about his age, he started to show himself on a webcam that was attached to his computer. BARNER appeared nude on the webcam, and masturbated for FM on the webcam.

4

FM stated she also showed herself to BARNER using a webcam attached to her computer, and masturbated on the webcam for BARNER.

17. FM told Detective Strickland that she and BARNER agreed to meet in person, and that BARNER scheduled his flight to New York with a layover in Chicago. BARNER arranged for a ride from an Internet web site called Craig's List to drive him from O'Hare Airport to Wood Oaks Park, and then back to O'Hare after they met. FM told Detective Strickland that she had performed oral sex on BARNER at Wood Oaks Park, and that BARNER had inserted his finger into her vagina while they were sitting on the bench at Woods Oak Park.

*Interview of FM on November 19, 2007*

18. On November 19, 2007, FM was interviewed by Investigator Diane DiSalvo of the Cook County States Attorney's Office and Detective Strickland of the Northbrook Police Department. FM stated that in August 2007 she began to show herself to BARNER by webcam from her bedroom in Northbrook, Illinois.

19. In September 2007, BARNER began to show himself to FM by webcam from his home office in Murfreesboro, Tennessee. FM stated that she saw a dark colored swivel chair, desk, keyboard, bookshelves and a piano in the room. FM stated that she saw BARNER's face on the webcam, and a tattoo on his arm of any Egyptian Ankh. FM stated that on one occasion BARNER used the print screen feature on his computer to capture or save an image of her face. BARNER showed the image to FM via the Instant Message chat conversation.

20. FM stated that she and BARNER engaged in cybersex and masturbated in front of one another via webcam approximately five times a week. FM stated that while webcaming for BARNER, she masturbated, touched her breasts and penetrated her vagina with her fingers.

5

When BARNER was on his webcam, he masturbated until he reached ejaculation.

21. FM described the sexually explicit acts that BARNER asked her to do while she was on webcam. In mid October 2007, BARNER asked FM to place a hairbrush inside her vagina, which she did. While she was on webcam, BARNER requested to see FM's anus, which she also showed him. Barner also asked FM take the phone to the bathroom while they talked so he could listen while she urinated, which FM declined to do.

22. FM stated that on October 20, 2007, she met BARNER at the Wood Oaks Park, where they spent approximately one hour together. During that time, she performed oral sex on BARNER, and BARNER penetrated her vagina with his finger. FM stated she stopped performing oral sex on BARNER when a man rode by on his bike. FM stated that BARNER came over to her after talking to the Northbrook Police and whispered to her to tell the police they met on a website for missionary work. FM stated this is what she did.

*Interview of BARNER's Driver*

23. On October 25, 2007, Detective Daniel Strickland interviewed Individual A. Individual A stated that BARNER hired him to drive BARNER from the Chicago O'Hare Airport to Wood Oaks Park in Northbrook, Illinois and back to O'Hare Airport. He picked BARNER up from Chicago O'Hare Airport on October 20, 2007 at approximately 3:20 pm. Individual A said BARNER called the person he was going to meet, and the person gave directions to the park in Northbrook. Individual A stated he asked who BARNER was meeting in the park and BARNER told him it was his niece, but that his sister and her new husband did not like BARNER and did not want him to see the niece. BARNER asked Individual A to stay close in case he had to leave quickly. When the police showed up BARNER told the police that

Individual A was just his driver and did not know anything. BARNER told Individual A on the ride back to O'Hare Airport that his sister had called the police.

24. Individual A provided Detective Strickland with an email that he had received from BARNER from the email address of jbarner@juno.com. At the top of the email from BARNER to Individual A was typed, "I put my arr/dpt in bold below. I'll only be in Northbrook for an hour or so. Thanks again, JB 615 542-1149." The phone number (615) 542-1149 is the same number BARNER gave FM to call him.

25. Copied into the email appears to be a flight itinerary obtained from United Airline's web site. The itinerary showed the person flying as JOHN BARNER. The itinerary included billing and delivery information for BARNER at 2435 Dilton Mankin Road, Murfreesboro, Tennessee 37127 and a telephone number of (615) 890-2078.

26. The itinerary shows that BARNER had a reservation to fly on October 20, 2007 from Nashville, Tennessee to O'Hare Airport, arriving in Chicago on United Airlines Flight 7261 at 3:19 pm. In Chicago, BARNER had a layover until 6:55 pm when he had a reservation to take a connecting flight to Syracuse New York. The itinerary also shows that on October 23, 2007, BARNER had reservations to fly directly from Syracuse back to Nashville.

*FM Instant Message Searches*

27. On October 21, 2007, FM's mother consented to a search of two laptop computers used by FM to chat online with BARNER. Detective Strickland submitted the two laptop computers for forensic analysis. A preliminary review of the two computer hard drives shows numerous Yahoo! Instant Messenger chat conversations between FM and BARNER from late July 2007 to October 19, 2007.

7

28. The Instant Messages show that BARNER used the ID jbintn9 to have Instant Messenger chats with FM in which he initially claimed to be a 17 year old male. In his communications with FM, BARNER passed himself off as a 17 year old by claiming that he had homework to do at night, helped his Mom out at the business, and was talking to his Dad about taking FM on the next missionary trip to South Africa in the summer of 2008.

29. BARNER continued this until September 7, 2007, when he sent the email with attached word processing document. The document states in relevant part:

> This is one of the hardest things I've ever done and I don't know where to start so I guess I'll just say it. [FM], I have been deceiving you about who I am and I can't continue to do so. I feel so guilty and ashamed I can't stand myself. I'm not the age I told you, I'm older. How much older doesn't matter... but it's old enough to have known better and too old for a romantic relationship to ever have been possible between us.
>
> . . .
>
> Anyway, I was slapped with reality after a couple of weeks when you proposed meeting. Like I told you, that was a very normal proposal. That's when I became so terribly torn and knew I had to end it. As you know, I kept trying but the problem was the 17 y/o in me had fallen hopelessly in love with you. I finally woke up when you asked about the prom. That broke my heart and made me realize this facade had to end.

30. My review of the Instant Messenger chats demonstrates that BARNER knew that FM was 15 years' old. FM told BARNER her age in the following chat from September 2007:

> FM (9/5/2007 9:31:56 PM): i missed you
> J. B. (9/5/2007 9:32:03 PM): why?
> J. B. (9/5/2007 9:32:11 PM):
> FM (9/5/2007 9:32:15 PM): because i love you and spending time with you
> J. B. (9/5/2007 9:32:27 PM): yeah and them in a jerk to you
> J. B. (9/5/2007 9:32:29 PM):
> FM (9/5/2007 9:32:33 PM): no you arent
> J. B. (9/5/2007 9:32:33 PM): then*

8

FM (9/5/2007 9:32:42 PM):
FM (9/5/2007 9:32:55 PM): i have stupid things about me too dork
J. B. (9/5/2007 9:33:16 PM): well it was dumb...thanks for being u
FM (9/5/2007 9:33:24 PM): hm?
J. B. (9/5/2007 9:33:43 PM): you're just so mature for your age
FM (9/5/2007 9:34:03 PM): well I've just been through more that most 15 yos

31. My review of the chats also demonstrates that BARNER engaged FM in explicit sexual chat conversations. A chat from September 14, 2007 shows the following:

J. B. (9/14/2007 9:41:16 PM): u better not be
FM (9/14/2007 9:41:22 PM): be what?
J. B. (9/14/2007 9:41:32 PM): touching your pussy
J. B. (9/14/2007 9:41:36 PM): im serious
FM (9/14/2007 9:41:59 PM): im not
FM (9/14/2007 9:42:18 PM): damn freeze lol
J. B. (9/14/2007 9:42:24 PM): lol
FM (9/14/2007 9:42:41 PM): my gosh.
FM (9/14/2007 9:42:47 PM): i cant even type lol
J. B. (9/14/2007 9:43:08 PM): why?
FM (9/14/2007 9:43:19 PM): youre driving me crazy
FM (9/14/2007 9:43:37 PM): take
FM (9/14/2007 9:43:38 PM): it
FM (9/14/2007 9:43:39 PM): out
J. B. (9/14/2007 9:43:45 PM): sorry
J. B. (9/14/2007 9:43:49 PM): i cant
FM (9/14/2007 9:43:53 PM): yes you can
FM (9/14/2007 9:44:13 PM): please
FM (9/14/2007 9:44:27 PM): john...i need it please
J. B. (9/14/2007 9:44:41 PM): you need what
FM (9/14/2007 9:44:45 PM): your hard cock
FM (9/14/2007 9:45:41 PM): gosh.
FM (9/14/2007 9:45:45 PM): can i yet?
J. B. (9/14/2007 9:45:54 PM): no
FM (9/14/2007 9:45:56 PM): please
J. B. (9/14/2007 9:45:58 PM): i mean it
FM (9/14/2007 9:46:13 PM): can i do mic?
FM (9/14/2007 9:46:35 PM): wow...
FM (9/14/2007 9:47:04 PM): oh gosh
J. B. (9/14/2007 9:47:15 PM): you see that
FM (9/14/2007 9:47:17 PM): yes
J. B. (9/14/2007 9:47:22 PM): it needs licked off

FM (9/14/2007 9:47:30 PM): mic?
J. B. (9/14/2007 9:47:35 PM): ok
J. B. (9/14/2007 9:52:31 PM): let me do it

32.  The Instant Messenger chats also show that BARNER planned his trip to meet FM, and intended to engage in sexually illicit conduct with FM when they met. On October 4, 2007, BARNER first discussed making travel plans, with a layover in Chicago, for the purpose of meeting with FM. In the chat, BARNER states that they would have an hour but that he would meet if they only had five minutes. The chat provides, in relevant part, as follows:

J. B. (10/4/2007 9:01:43 PM): anywhooo...
FM (10/4/2007 9:01:48 PM): hm?
J. B. (10/4/2007 9:02:30 PM): i can get a layover in chi from like 3:15 to 6:55pm
J. B. (10/4/2007 9:02:40 PM): it's 24 mins to NB
FM (10/4/2007 9:02:52 PM): if you know where youre going
FM (10/4/2007 9:03:15 PM): lol stupid internet
J. B. (10/4/2007 9:03:27 PM): J. B: so i could possibly have an hour
FM (10/4/2007 9:03:29 PM): soo...about an hour then?
J. B. (10/4/2007 9:03:42 PM): well honestly, I'd do it for 5 mins
FM (10/4/2007 9:03:47 PM): aw dork
J. B. (10/4/2007 9:03:51 PM):
J. B. (10/4/2007 9:03:53 PM): i would
J. B. (10/4/2007 9:03:59 PM): it means that much to me
FM (10/4/2007 9:04:01 PM): how would you get to nb?
J. B. (10/4/2007 9:04:28 PM): well theres this new thing...you can pay a company to use a car

33.  On October 5, 2007, BARNER advised FM that he had made his travel plans:

J. B. (10/5/2007 11:49:52 PM): J. B: plus i have good news
FM (10/5/2007 11:49:55 PM): what?
J. B. (10/5/2007 11:50:07 PM): im coming on the 20th

. . .

J. B. (10/6/2007 12:00:32 AM): id get in at 319pm
J. B. (10/6/2007 12:00:42 AM): i already thought of that
J. B. (10/6/2007 12:00:52 AM): a cab would be better for a lot of reasons
J. B. (10/6/2007 12:00:59 AM): i could pay cash

J. B. (10/6/2007 12:01:12 AM): and way faster
J. B. (10/6/2007 12:01:22 AM): no picking up and dropping off a car

34.     On October 8, 2007, after BARNER made his plans to travel to Illinois to meet FM, BARNER sent an Instant Message to FM. In the chat, BARNER engaged FM in a discussion of male genitalia. The chart provides, in relevant part, that:

J. B. (10/8/2007 4:53:33 AM): when you say long, i get turned on lol
FM (10/8/2007 4:53:38 AM):
J. B. (10/8/2007 4:53:49 AM): i love when you talk about ...you know
FM (10/8/2007 4:53:57 AM): nope i don't know
J. B. (10/8/2007 4:53:59 AM): cock
FM (10/8/2007 4:54:12 AM): oh gosh dork
J. B. (10/8/2007 4:54:20 AM): im so cereal dork
FM (10/8/2007 4:54:29 AM): change the subject?
J. B. (10/8/2007 4:54:42 AM): nope...i love loving that you love cock lol
J. B. (10/8/2007 4:54:50 AM): and that you let me share that yoy do
J. B. (10/8/2007 4:54:57 AM): you*
FM (10/8/2007 4:55:00 AM): dork you have to change the subject
J. B. (10/8/2007 4:55:13 AM): sorry i just wanted to tell you that
J. B. (10/8/2007 4:55:17 AM): I've been wanting to
FM (10/8/2007 4:55:22 AM): aw
FM (10/8/2007 4:55:25 AM): well thats okay
J. B. (10/8/2007 4:55:41 AM): its so sexually powerful that we share that you love it
J. B. (10/8/2007 4:55:49 AM): gosh...that makes me hot lol

35.     In a chat conducted on October 17, 2007, BARNER described how he envisioned his meeting FM at the park. In the chat, BARNER states he wanted to show his love for FM by taking a "nice fall walk in the woods . . . kissing really softly while we sit on a bench" and running his hands up the inside of FM's thighs. The chat provides, in relevant parts, as follows:

J. B. (10/17/2007 9:49:00 PM): i was thinking today... you'd look really nice in kind of a long flowing cotton skirt.. you know, the banded waist kind
FM (10/17/2007 9:49:10 PM): random?
J. B. (10/17/2007 9:49:22 PM): not really lol
FM (10/17/2007 9:49:28 PM): mhm
FM (10/17/2007 9:49:30 PM): dork

11

FM (10/17/2007 9:49:31 PM): lol
J. B. (10/17/2007 9:49:35 PM): lol
J. B. (10/17/2007 9:49:39 PM): took a sec
FM (10/17/2007 9:49:50 PM): shush
J. B. (10/17/2007 9:50:01 PM):
J. B. (10/17/2007 9:50:23 PM): you know, nice skirt for a nice fall walk in the woods
FM (10/17/2007 9:50:27 PM): oh of course
J. B. (10/17/2007 9:50:48 PM):
FM (10/17/2007 9:51:00 PM): gosh lol
J. B. (10/17/2007 9:51:05 PM): hm?
FM (10/17/2007 9:51:09 PM): just that
J. B. (10/17/2007 9:51:24 PM): dork...no freaking ok?
J. B. (10/17/2007 9:51:27 PM): but...
FM (10/17/2007 9:51:33 PM): hm?
J. B. (10/17/2007 9:51:38 PM): lol nvm
FM (10/17/2007 9:51:42 PM): nooooo
J. B. (10/17/2007 9:51:45 PM): later
FM (10/17/2007 9:51:55 PM): no
FM (10/17/2007 9:51:56 PM): now
J. B. (10/17/2007 9:52:03 PM): i keep imagining...
J. B. (10/17/2007 9:52:15 PM): us kissing really softly while we sit on a bench...
J. B. (10/17/2007 9:52:30 PM): and my hands running up the inside of your thighs
FM (10/17/2007 9:52:46 PM):
J. B. (10/17/2007 9:52:49 PM):
J. B. (10/17/2007 9:53:03 PM): kissing your neck...
FM (10/17/2007 9:53:15 PM): dork you know you cant do that
J. B. (10/17/2007 9:53:26 PM): ok ill be sure not to
FM (10/17/2007 9:53:29 PM): lol
FM (10/17/2007 9:53:33 PM): you better not
J. B. (10/17/2007 9:53:52 PM): i better not not?
FM (10/17/2007 9:53:56 PM): lol
FM (10/17/2007 9:53:56 PM): sure
FM (10/17/2007 9:53:57 PM): lol
J. B. (10/17/2007 9:54:05 PM): ok, thats a deal
J. B. (10/17/2007 9:54:10 PM):
FM (10/17/2007 9:54:11 PM):
J. B. (10/17/2007 9:54:36 PM): sorry dork but i love you...and i want to show you

36.     On October 19, 2007, the evening before he traveled from Nashville, Tennessee to Northbrook, Illinois, FM had an Instant Message chat with FM. The chat included references to sexually illicit conduct that BARNER intended to engage in upon his arrival in Illinois.

12

BARNER and FM discussed, among other things, "getting hard" and placing "it" in FM's mouth or "in" FM. The chat provides, in relevant part, as follows:

```
J. B. (10/19/2007 8:17:45 PM): i need to calm down
FM (10/19/2007 8:17:52 PM): nope
FM (10/19/2007 8:18:11 PM): getting hard?
J. B. (10/19/2007 8:18:16 PM): dork!
FM (10/19/2007 8:18:23 PM):
FM (10/19/2007 8:18:39 PM): yes or no question my dear
J. B. (10/19/2007 8:18:55 PM): yes-ish lol
FM (10/19/2007 8:19:14 PM): ill get it all the way for you
J. B. (10/19/2007 8:19:27 PM): dork seriously
FM (10/19/2007 8:19:39 PM): oh gosh no it would be so amazing to feel it get hard in my mouth
J. B. (10/19/2007 8:19:49 PM):
FM (10/19/2007 8:19:54 PM): hm?
J. B. (10/19/2007 8:19:59 PM): stop
FM (10/19/2007 8:20:04 PM): i don't want to
FM (10/19/2007 8:20:18 PM): i want you in me
J. B. (10/19/2007 8:20:25 PM): dang dork
FM (10/19/2007 8:20:31 PM): just looking in your eyes...
J. B. (10/19/2007 8:20:33 PM): seriously, thats strong
FM (10/19/2007 8:20:35 PM): gosh.
J. B. (10/19/2007 8:20:47 PM): that goes beyond sexual dork
FM (10/19/2007 8:20:53 PM): just a little
J. B. (10/19/2007 8:21:43 PM): wow ok
FM (10/19/2007 8:21:47 PM): hm?
J. B. (10/19/2007 8:21:56 PM): just re-reading
FM (10/19/2007 8:22:00 PM): oh lol dork
J. B. (10/19/2007 8:22:31 PM):
FM (10/19/2007 8:22:35 PM):
FM (10/19/2007 8:22:37 PM): long
FM (10/19/2007 8:22:39 PM): soft
J. B. (10/19/2007 8:22:42 PM): awww
J. B. (10/19/2007 8:22:46 PM):
FM (10/19/2007 8:23:13 PM): my dork
```

## CONCLUSION

37. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about October 20, 2007 JOHN BARNER did travel in interstate commerce from the state of Tennessee to the state of Illinois for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), in violation of Title 18, United States Code, Section 2423(b).

FURTHER AFFIANT SAYETH NOT.

_____
LARY S. MAXWELL
Postal Inspector
U.S. Postal Inspection Service

Subscribed and sworn to before me this 31st day of January, 2007.

_____
HONORABLE MORTON DENLOW
UNITED STATES MAGISTRATE JUDGE

14