FILED

JAN 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> JOHN BARNER ) <br> ) | No. 08CR 0080 <br><br> Magistrate Judge Denlow <br><br> **UNDER SEAL** |

## EX PARTE MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves this Court to seal the Criminal Complaint and Affidavit and this motion to seal and proposed order for 30 days, through and including March 3, 2008, or until further order of the Court. As grounds for the motion, the government states that disclosure of these materials could seriously jeopardize an ongoing criminal investigation.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
KENNETH E. YEADON
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5326