

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 80 - 1 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Usa vs. John Barner | | |

**DOCKET ENTRY TEXT**

Government's ex parte motion to seal complaint and affidavit until 3/3/08 or until further order of the Court is granted.  Arrest warrant issued as to John Barner.

■ [ For further detail see separate order(s).]

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|