

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 0080** |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Denlow |
| JOHN BARNER | ) | |
| | ) | **UNDER SEAL** |

### ORDER

Upon the government's motion to seal the Criminal Complaint, Affidavit, Motion to Seal and this Order, it is hereby FOUND AND DETERMINED THAT:

    A.    Disclosure of the materials sought to be sealed could reveal details of the government's investigation.

    B.    Disclosure of the materials sought to be sealed could hamper the government's investigation and prosecution.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

    1.    The government's motion is granted.

    2.    The Criminal Complaint, Affidavit, Motion to Seal and this Order shall be sealed for a period of 30 days, through and including March 3, 2008, or until further order of the court.

                                                                        _____
                                                                        MORTON DENLOW
                                                                        United States Magistrate Judge

DATED: January 31, 2008