

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0080 |
| vs. | ) | |
| | ) | Magistrate Judge Denlow |
| JOHN BARNER | ) | |
| | ) | |

### MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves this Court to unseal the Criminal Complaint and Affidavit and the Motion to Seal and Order to Seal filed in the above-captioned matter.

**FILED**

FEB 1 1 2008

MAGISTRATE JUDGE
MORTON DENLOW

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
KENNETH E. YEADON
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5326