IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0080 |
| vs. | ) | |
| | ) | Magistrate Judge Denlow |
| JOHN BARNER | ) | |
| | ) | |

### ORDER

Upon the government's motion to unseal the Criminal Complaint, Affidavit, Motion to Seal and Order to Seal, it is hereby that the ordered that the government's motion is granted, and the Criminal Complaint, Affidavit, Motion to Seal and Order to Seal filed in the above-captioned matter shall be unsealed.

MORTON DENLOW
United States Magistrate Judge

DATED: February 11, 2008