UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 2 8 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 08 CR 0080  **JUDGE ZAGEL** |
| JOHN BARNER | ) Violations: Title 18, United States Code, Sections 2422(b) and 2423(b) |

**MAGISTRATE JUDGE DENLOW**

### COUNT ONE

The SPECIAL JUNE 2007 Grand Jury charges:

Beginning in or around July 2007, and continuing until on or about October 20, 2007, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN BARNER,

defendant herein, in using a facility and means of interstate commerce, including interstate wire communications and an internet communication services account, did knowingly persuade, induce, entice and coerce "FM," a female minor who had not attained the age of 18 years, to engage in sexual activity for which a person may be charged with a criminal offense, namely, 720 ILCS 5/12-16(d);

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about October 20, 2007, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN BARNER,

defendant herein, did travel in interstate commerce from the state of Tennessee, to the state of Illinois, for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f);

In violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY