## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 00080 | **DATE** | 3/5/2008 |
| **CASE TITLE** | USA vs. John Barner | | |

**DOCKET ENTRY TEXT**

Arraignment and Plea for John Barner scheduled for 03/06/08 is stricken to be reset at a later time.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | NTF |