UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN BARNER | )<br>)<br>) No. 08 CR 0080<br>)<br>) Hon. James B. Bagel<br>)<br>)<br>) |

**NOTICE OF MOTION**

TO:   Matthew Madden
      Federal Defender Program, Inc.
      55 East Monroe, Suite 2800
      Chicago, IL 60603

   PLEASE TAKE NOTICE that on March 20, 2008 at 10:15 am, I will appear before Judge Zagel in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present:

MOTION FOR A PROTECTIVE ORDER

in the above-captioned case.

                                    Respectfully submitted,


                        By:    /s/ Kenneth E. Yeadon
                               _____
                               KENNETH E. YEADON
                               Assistant U.S. Attorney
                               219 South Dearborn
                               Chicago, Illinois 60604
                               (312) 3553-5326


DATED:  March 14, 2008

**CERTIFICATE OF SERVICE**

    The undersigned Assistant United States Attorney hereby certifies that the following documents:

NOTICE OF MOTION AND
MOTION FOR PROTECTIVE ORDER

was served on March 14, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR. 5.5 and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

/s/ Kenneth E. Yeadon
_____
KENNETH E. YEADON
Assistant U.S. Attorney
219 South Dearborn
Chicago, Illinois 60604
(312) 3553-5326