# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

3/17/08                                                                 MHW

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. BATCHEK

FOR: FILED AT 3-17-2008
MAR 17 2008
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name): JOHN BATCHEK

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
18 USC 2422(b); 2423(b)

LOCATION NUMBER: ND IL

DOCKET NUMBERS
Magistrate:
District Court: 08 CR 80
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ 4,000
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☒ No  SOURCES: MSM
- RECEIVED
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___
- THE SOURCES ___

**CASH**
- Have you any cash on hand or money in savings or checking account? ☒ Yes  ☐ No  IF YES, state total amount $ 3000

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - VALUE $ 180,000 — Home – Murfreesboro TN ($50,000 Equity)
  - $ 100,000 — Property in South Africa (almost no equity)
  - $ 13,700 — Automobiles

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Mortgages | $240,000 | $2000 |
| | Bills | $ | $1,700 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/17/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)