# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 80 | **DATE** | 3/12/2008 |
| **CASE TITLE** | UNITED STATES vs. JOHN BARNER | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to the indictment. Rule 16 conference due 3/19/2008. Pretrial motions due 4/9/2008.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|