UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 08-CR-00080-1 |
| | ) | |
| JOHN BARNER, | ) | JUDGE JAMES B. ZAGEL |
| | ) | |

**MOTION FOR SUBSTITUTION OF ATTORNEYS**

     NOW COMES, the Defendant, John Barner and moves for the substitution of Attorney James I. Marcus for Attorney Matthew Joseph Madden.

     If the Court sees fit to grant the Defendant's motion for substitution of attorneys, James I. Marcus seeks leave to file his appearance instanter, and Matthew Joseph Madden moves to withdraw as attorney for defendant, John Barner.

                                                             Respectively submitted,

                                                             _____s/James I. Marcus_____
                                                                   James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, P.C.
100 West Monroe St., Suite: 309
Chicago, Illinois 60603
(312) 443-5600