UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | No. 08-CR-00080-1 |
| | ) | |
| **JOHN BARNER,** | ) | **JUDGE JAMES B. ZAGEL** |
| | ) | |

## CERTIFICATE OF FILING

I hereby certify that on April 29, 2008, I manually filed an Agreed Motion for Substitution of Attorneys with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

To:      Kenneth Edward Yeadon      Matthew Joseph Madden
           U.S. Attorney's Office                Federal Defender Program
           219 S. Dearborn St., 5th Fl.         55 E. Monroe St., Suite: 2800
           Chicago, Illinois 60604             Chicago, Illinois 60603

and I hereby certify that on April 29, 2008, I sent by mailing by United States Postal Service, the document(s) to the following non-registered participant(s):

None

                                                           Respectfully submitted,
                                                           DZIEDZIAK & MARCUS, P.C.


                                                           By: ___s/James I. Marcus_____
                                                                    James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, LTD.
100 West Monroe St. Suite: 309
Chicago, Illinois 60603
Tel: (312)443-5600
Fax: (312)443-5601