UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | No. 08-CR-00080-1 |
| | ) | |
| **JOHN BARNER,** | ) | **JUDGE JAMES B. ZAGEL** |
| | ) | |

## NOTICE OF MOTION

To:   Kenneth Edward Yeadon          Matthew Joseph Madden
      U.S. Attorney's Office          Federal Defender Program
      219 S. Dearborn St., 5th Fl.    55 E. Monroe St., Suite: 2800
      Chicago, Illinois 60604         Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on May 8, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Zagel of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois or before such other judge who may be sitting in his place and stead, and then and there present a Motion for Substitution of Attorneys in the above captioned case, at which time and place you may appear if you see fit.

                    Respectively submitted,


                    DZIEDZIAK & MARCUS PC.


                    BY:___s/James I. Marcus_____
                          James I. Marcus


James I. Marcus
DZIEDZIAK & MARCUS PC.
100 West Monroe St., Suite: 309
Chicago, Illinois 60603
(312) 443-5600